U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: FILED |
|---|---|
| United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees v. Blue Ribbon Meats, Inc. | MARCH 19, 2008   TC<br>08CV1599<br>JUDGE ST. EVE<br>MAGISTRATE JUDGE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees

| | |
|---|---|
| NAME (Type or print)<br>Jeffrey S. Endick, Esq. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ | |
| FIRM<br>Slevin & Hart, P.C. | |
| STREET ADDRESS<br>1625 Massachusetts Avenue, NW, Suite 450 | |
| CITY/STATE/ZIP<br>Washington, DC 20036 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>4133661 | TELEPHONE NUMBER<br>(202) 797-8700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |