# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

United Food and Commercial Workers International Union−Industry Pension Fund, et al.

        Plaintiff,

v.

Blue Ribbon Meats, Inc.

        Defendant.

Case No.: 1:08−cv−01599

Honorable Amy J. St. Eve

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2008:

    MINUTE entry before Judge Honorable Amy J. St. Eve:( Case called for status hearing, counsel fails to appear. Failure to appear at the next status hearing on 5/5/2008 at 8:30 AM may result in dismissal for failure to prosecute. Status hearing set for 5/5/2008 at 08:30 AM.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.