AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

United Food and Commercial Workers
International Union-Industry Pension Fund and
its Trustees

V.

Blue Ribbon Meats, Inc.

CASE NUMBER: **08 C 1599**

ASSIGNED JUDGE: **JUDGE ST. EVE**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Blue Ribbon Meats, Inc.
c/o Paul Radis
3316 West 67th Place
Cleveland, OH 44102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey S. Endick, Esq.
Slevin & Hart, P.C.
1625 Massachusetts Ave., NW, Ste.450
Washington, DC 20036

Sherrie E. Voyles, Esq.
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Ave., Ste. 1720
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within   twenty   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

J. Cervantes

------------------------------------
(By) DEPUTY CLERK



**March 19, 2008**
------------------------------------
Date

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

Case Number: 08 C 1599

Plaintiff:
**United Food and Commercial Workers International Union-Industry Pension Fund and its Trustees**
vs.
Defendant:
**Blue Ribbon Meats, Inc.**

For:
  Law Offices Jacobs, Burns, Orlove,

Received by Front Range Legal Process Service, Inc. to be served on **Blue Ribbon Meats Inc. R/A: Paul Radis, 3316 West 67th Place, Cleveland, OH 44102**. I, Mark Berus, being duly sworn, depose and say that on the 25 day of March, 2008 at 12:40p.m., executed service by delivering a true copy of the **Summons and Complaint** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) CORPORATE SERVICE: By serving Al Radis as Agent Authorized To Accept.

( ) DESCRIPTION ) Age 50 Sex M Race White Height 5'10 Weight 190 Hair Bro Glasses No

( ) OTHER SERVICE: As described in the Comments below by serving _____ as

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

**BRITTANY STAFFORD**
NOTARY PUBLIC-Cuyahoga County
My Commission Exp. June 28, 2012
Commission #2007-RE-186541

MARK BERUS
PROCESS SERVER # _____
Appointed in accordance
  with State Statutes

Subscribed and Sworn to before me on the 26 day of March, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

Front Range Legal Process Service, Inc.
826 Roma Valley Dr.
Fort Collins, CO 80525
(888) 387-3783

Our Job Serial Number: 2008002146

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE March 25, 2008 |
| NAME OF SERVER (PRINT) Mark Berus | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate Service: By leaving, during office hours copies with AL RADIS, agent authorized to accept/

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/26/08

Signature of Server — MARK BERUS

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.