UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, et al.,** )<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**BLUE RIBBON MEATS, INC.** )<br>)<br>**Defendants.** )<br>) | **Civil Action No.**<br>**1:08-cv-01599**<br><br>**Judge St. Eve** |

**MOTION FOR ENTRY OF ORDER OF DEFAULT**

Plaintiffs, United Food and Commercial Workers International Union-Industry Pension Fund, et al., having duly caused service of process and Plaintiffs' complaint to be made upon the Defendant, request the Court to enter an order of default against the Defendant because the time for pleading has expired and the Defendant have failed to plead as required by the Federal Rules of Civil Procedure.

Dated: May 2, 2008                   /s/ Sherrie E. Voyles
                                                   Sherrie E. Voyles, Esq. (Bar No. 06242386)
                                                   JACOBS, BURNS, ORLOVE, STANTON &
                                                   HERNANDEZ
                                                   300 West Washington, Suite 1200
                                                   Chicago, IL 60606
                                                   (312)372-1646

                                                   Attorney for the Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BLUE RIBBON MEATS, INC. <br><br> Defendants. | Civil Action No. 1:08-cv-01599 <br><br> Judge St. Eve |

**DECLARATION OF SHERRIE E. VOYLES IN SUPPORT OF MOTION FOR ENTRY OF ORDER OF DEFAULT**

1. I am Sherrie E. Voyles, attorney of record for Plaintiffs in the above-entitled action.

2. Plaintiffs served Defendants on March 25, 2008, by delivering a true copy of the Summons and Complaint in this action by process server, pursuant to the provisions of Rule 4(e)(1) and (2) of the Federal Rules of Civil Procedure.

3. Defendants have failed to file any answer or other responsive pleading and the time to file such pleadings has expired in this case.

4. Inasmuch as Defendants are corporations, they are not an infant, an incompetent person, nor in the military service.

Based on the foregoing, the Clerk should enter a default against Defendant.

Under penalty of perjury, I declare the foregoing to be true and accurate to the best of my knowledge, belief and memory.

Dated: May 2, 2008          /s/ Sherrie E. Voyles
                                                      Sherrie E. Voyles