UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BLUE RIBBON MEATS, INC. <br><br> Defendants. | Civil Action No. <br><br> 1:08-cv-01599 <br><br> Judge St. Eve |

To:   Blue Ribbon Meats, Inc.
      c/o Paul Radis
      3316 West 67th Place
      Cleveland, OH 44102

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 7, 2008, at 8:30 a.m. or as soon as counsel can be heard, I shall appear before the Honorable Judge St. Eve in Room 1241, 219 S. Dearborn Street, Chicago, Illinois 60604, at which time I shall present the attached Motion for Entry of Default Order.

/Sherrie E. Voyles
Sherrie E. Voyles

JACOBS, BURNS, ORLOVE,
  STANTON & HERNANDEZ
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603
312-372-1646

## **CERTIFICATE OF SERVICE**

      I, Sherrie E. Voyles, an attorney, certify that I served a copy of Plaintiffs' Motion for Entry of Default Order upon the above named individual via first class mail, postage prepaid before 4:00 p.m. this 2nd day of July, 2008.

                                      /Sherrie E. Voyles
                                      Sherrie E. Voyles