**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**BLUE RIBBON MEATS, INC.**<br><br>Defendants. | **Civil Action No.**<br><br>**1:08-cv-01599**<br><br>Judge St. Eve |

To:   Blue Ribbon Meats, Inc.
      c/o Paul Radis
      3316 West 67th Place
      Cleveland, OH 44102

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on May 7, 2008, at 8:30 a.m. or as soon as counsel can be heard, I shall appear before the Honorable Judge St. Eve in Room 1241, 219 S. Dearborn Street, Chicago, Illinois 60604, at which time I shall present the attached Motion for Entry of Default Order.

                              s/Sherrie E. Voyles
                              Sherrie E. Voyles

JACOBS, BURNS, ORLOVE,
  STANTON & HERNANDEZ
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603
312-372-1646

## **CERTIFICATE OF SERVICE**

      I, Sherrie E. Voyles, an attorney, certify that I served a copy of Plaintiffs' Motion for Entry of Default Order upon the above named individual via first class mail, postage prepaid before 4:00 p.m. this 2nd day of May, 2008.

                                    /Sherrie E. Voyles
                                    Sherrie E. Voyles