UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION-INDUSTRY PENSION FUND, et al., </br></br>Plaintiffs, </br></br>v. </br></br>BLUE RIBBON MEATS, INC. </br></br>Defendants. | Civil Action No. </br></br>1:08-cv-01599 </br></br>Judge St. Eve |

To:   Blue Ribbon Meats, Inc.
    c/o Paul Radis
    3316 West 67th Place
    Cleveland, OH 44102

## AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 8, 2008, at 8:30 a.m. or as soon as counsel can be heard, I shall appear before the Honorable Judge St. Eve in Room 1241, 219 S. Dearborn Street, Chicago, Illinois 60604, at which time I shall present the Motion for Entry of Default Order previously served upon you.

s/Sherrie E. Voyles
Sherrie E. Voyles

JACOBS, BURNS, ORLOVE, STANTON & HERNANDEZ
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603
312-372-1646

## CERTIFICATE OF SERVICE

I, David Huffman-Gottschling, an attorney, certify that I caused a copy of the foregoing document to be served upon the above named individual by first class mail on May 6, 2008.

s/ David Huffman-Gottschling
David Huffman-Gottschling