UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

United Food and Commercial Workers International Union−Industry Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:08−cv−01599

Honorable Amy J. St. Eve

Blue Ribbon Meats, Inc.

Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 20, 2008:

MINUTE entry before the Honorable Amy J. St. Eve: Plaintiffs' oral request to dismiss without prejudice with leave to reinstate by 7/21/08 is granted. Said dismissal will be with prejudice after 7/21/08. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.